■ Lila C. Nichols, Respondent, v. John Nichols, Appellant.— Defendant claims that he is without funds and has no income. The record before us, however, does not disclose the detailed facts with respect to his assets and finances. Nor is anything shown with respect to his efforts, ability and good faith in attempting to earn an income. In order to determine whether or not he has been guilty of a willful contempt of court it is necessary that proof be adduced on all of these matters. Accordingly the matter should be sent to an Official Referee for the purpose of taking such testimony. Order unanimously modified as indicated above and, as so modified, affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of the Estate of Jacob P. Galewitz, Deceased. Hannah Galewitz, Appellant; Samuel Galewitz et al., Respondents.— Decree unanimously affirmed, with costs to the special guardian and executors payable out of the estate, without costs to the respondent-appellant Hannah Galewitz. No opinion. Concur — Breitel, J. P., Valente, McNally and Bastow, JJ. [3 Misc 2d 197.] [See *post*, p. 833.]

## (March 14, 1957)

■ Estelle Cohen v. Saul L. Cohen.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.